1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER WILLIAM OLSEN,

                    Petitioner,

    v.

JAMES KEY,

                    Respondent.

NO. C19-6111 BHS

APPEAL NO. 24-2230

ORDER MODIFYING
CERTIFICATE OF
APPEALABLITY

13      THIS MATTER is before the Court on remand from the Ninth Circuit for the

14  limited purpose of issuing "a modified certificate of appealability that specifies which

15  issue or issues satisfy the standards for a certificate of appealability under 28 U.S.C. §

16  2253(c)(2)." Dkt. 67.

17      This Court adopted Magistrate Judge Theresa Fricke's Report and

18  Recommendation (R&R) and denied Olsen's § 2254 petition on each of his asserted

19  grounds. It declined to adopt the R&R's recommendation that the Court deny a certificate

20  of appealability under § 2253(c)(2), because a reasonable jurist could conclude that the

21  petition should have been resolved in a different manner or that the issues presented were

22

1  adequate to "deserve encouragement to proceed further." Dkt. 63 at 13–14 (citing *Slack v.*

2  *McDaniel*, 529 U.S. 473, 484 (2000)).

3       The Court's conclusion was based on the reasonable dissent of Judge Thomas R.

4  Bjorgen, serving as a judge pro tempore for Division II of the Washington Court of

5  Appeals, from the majority's unpublished opinion denying Olsen's Personal Restraint

6  Petition. Judge Bjorgen concluded that Bryant Ward's recantation letter warranted a new

7  trial:

8       I would grant Christopher Olsen's personal restraint petition (PRP), remand
   for a new trial, and require the trial court to determine the reliability of

9       Bryant Ward's recantation whether or not he testifies.

10  *State v. Olsen*, 8 Wn. App. 2d 1022, 2019 WL 1503801, at *38 (2019) (unpublished).

11       This Court's decision to grant a § 2253(c) certificate of appealability was based

12  only on Olsen's arguments about the reliability of Bryant Ward's recantation, which

13  another jurist had found persuasive. *See* Dkt. 63 at 11–14. This is the only issue in

14  Olsen's petition that this Court concludes satisfies the standard for a certificate of

15  appealability, and it is the only issue to which the Court's certificate of appealability

16  applies.

17       IT IS SO ORDERED.

18       Dated this 3rd day of September, 2024.

19

20

21       BENJAMIN H. SETTLE
        United States District Judge

22